**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1825

RONALD LUBER,

    Plaintiff - Appellant,

   v.

ANNE ARUNDEL COUNTY MARYLAND; ANNE HATCHER, in her official
capacity; MARY ROBERTS; DANIEL KANE, in his official
capacity; ROBERT HUBBARD,

    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:11-cv-00237-RDB)

Submitted:  December 6, 2011   Decided:  January 10, 2012

Before NIEMEYER, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Luber, Appellant Pro Se.   Philip E. Culpepper, ANNE
ARUNDEL COUNTY OFFICE OF LAW, Annapolis, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Luber appeals the district court's order granting the Appellees' motion to dismiss and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Luber v. Anne Arundel Cnty., Md.</u>, No. 1:11-cv-00237-RDB (D. Md. filed July 12, 2011; entered July 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>